District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES S. BLEDSOE and DENISE BLEDSOE, | Case No. 16-5176 BHS |
| Plaintiffs, | STIPULATION AND PROPOSED ORDER FOR EXTENSION OF INITIAL DISCLOSURES DEADLINES |
| v. | |
| UNITED STATES OF AMERICA, et al., | **Noted for consideration:** **July 1, 2016** |
| Defendants. | |

## JOINT STIPULATION

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to an extension of the following pre-trial deadline:

| **Description** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Initial Disclosures Deadline | July 1, 2016 | July 22, 2016 |

The extensions are necessary so that the parties may have additional time to review the case and confer under Fed. R. Civ. P. 26(f) prior to filing the Initial Disclosures.

STIPULATED MOTION for EXTENSION OF
INITIAL DISCLOSURES [Case No. 16-5176 BHS]- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1    Respectfully submitted this 1st day of July, 2016.

2

3                                          ANNETTE L. HAYES
                                           United States Attorney
4

5    _/s/ James L. Holman_____      _/s/ Priscilla T. Chan_____
     JAMES L. HOLMAN, WSBA No. 06799         PRISCILLA T. CHAN, WSBA No. 28533
6    Holman Law, PLLC                        Assistant United States Attorney
     4041 Ruston Way, Suite 101              Western District of Washington
7    Tacoma, WA 98402                        United States Attorney's Office
     Telephone:  (253) 627-1866              700 Stewart Street, Suite 5220
8    Fax: (253) 627-1924                     Seattle, Washington 98101-1271
                                             Phone: 206-553-7970
9    Email:  JLH@theholmanlawfirm.com        Email: Priscilla.Chan@usdoj.gov

10   Attorney for Plaintiffs
                                             Attorneys for Defendants
11

12

13                                **ORDER**

14        The parties having so stipulated and agreed, it is hereby **SO ORDERED**.  The Clerk is

15   directed to send copies of the Order to all counsel of record.

16        DATED this _____5_____ day of July, 2016.

17

18

19                                     _____
                                       BENJAMIN H. SETTLE
20                                     United States District Judge

21

22

23

24

25

STIPULATED MOTION for EXTENSION OF
INITIAL DISCLOSURES [Case No. 16-5176 BHS]- 2